JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALTAMIRANO, an individual; and ESTELA BALDERRAMA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC; RUSNAK/ARCADIA; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-05886-MWF(MRWx)<br><br>**ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Judge: Hon. Michael W. Fitzgerald |

The parties' Stipulation to Remand Case to State Court (Docket No. 16) is GRANTED. This case is REMANDED to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

Dated: August 28, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
**CERTIFICATE OF SERVICE**